# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-2368
_____

M.P. and S.K. (In the interest of
J.K.),

    Appellants,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES and the GUARDIAN AD
LITEM PROGRAM OF FLORIDA,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

September 19, 2022

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

M.P. and S.K., pro se, Appellants.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Guardian ad Litem; Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.